

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00391-CV

**IN THE ESTATE OF** Luisa R. **MONTEMAYOR**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2010PC3012
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellees Diana Hernandez, Mario Montemayor, Miguel R. Montemayor, and Elsa Montemayor recover their costs of this appeal from Appellant Marcelo R. Montemayor.

SIGNED April 22, 2015.

_____
Patricia O. Alvarez, Justice